IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 04-0418
 ((((((((((((((((

 Kaufman County Development District No. 1,

 v.

 GARY HENRY, ET AL.

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The motion to extend abatement pending settlement is granted,
and the abatement is extended to allow the parties to proceed with
settlement negotiations.
 2. This case remains removed from the Court's active docket until
January 18, 2005, by which time the parties must file either a status
report or a motion to dismiss. The parties shall immediately notify this
Court about any changes in status in the settlement proceedings.

 Done at the City of Austin, this 22nd day of November, 2004.

 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk